# Order

Michigan Supreme Court
Lansing, Michigan

January 13, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Maura D. Corrigan
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly,
Justices

141439-40(137)(138)(139)

PATRICK McCARTHY,
    Plaintiff-Appellant,

v

EDWARD SOSNICK, WENDY L. POTTS,
KEVIN M. OEFFNER, RICHARD M. LYNCH,
JEANNE STEMPIEN, KATHLEEN J.
McCANN, THOMAS J. RYAN, BARRY M.
GRANT, MICHAEL J. TALBOT, DIANE M.
GARRISON, NANCY J. DIEHL, RONALD F.
ROSE, NANCY J. GRANT, GOVERNOR OF
MICHIGAN, ATTORNEY GENERAL,
OAKLAND COUNTY CIRCUIT COURT,
and JUDICIAL TENURE COMMISSION,
    Defendants-Appellees.
_____/

SC: 141439-40
COA: 293482; 293483
Oakland CC: 2008-089426-NO;
     2008-094425-NO

   On order of the Court, the motion for reconsideration of this Court's September 9, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motions for an evidentiary hearing and for sanctions are DENIED.

   MARY BETH KELLY, J., not participating.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 13, 2011

_____
Clerk

d0112